**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>  Crystal ROGERS<br><br>  Debtor(s) | Case No. 16 B 21754 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/06/2016.

2) The plan was confirmed on 10/24/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/27/2017.

5) The case was Dismissed on 10/25/2017.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,802.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $9,802.50

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,960.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $444.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,404.60

Attorney fees paid and disclosed by debtor: $40.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1stprogress/1stequity/ | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 2,719.13 | 2,492.39 | 2,492.39 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 294.97 | 294.97 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,386.00 | 1,735.44 | 1,735.44 | 0.00 | 0.00 |
| Archerfield Funding | Unsecured | 2,786.46 | NA | NA | 0.00 | 0.00 |
| Argan Agency Inc. | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 2,949.00 | 1,050.60 | 1,050.60 | 0.00 | 0.00 |
| Bank of America | Unsecured | 431.26 | NA | NA | 0.00 | 0.00 |
| Capital Accounts | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 559.00 | 559.26 | 559.26 | 0.00 | 0.00 |
| CashNet USA | Unsecured | 1,071.00 | NA | NA | 0.00 | 0.00 |
| Charles A. Amenta III, M.D. | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA Student Loan | Unsecured | 0.00 | 5,303.28 | 5,303.28 | 0.00 | 0.00 |
| City Colleges of Chicago | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,145.00 | 3,985.37 | 3,985.37 | 0.00 | 0.00 |
| Dental Works | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| Dental Works | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| First Progress | Unsecured | 226.24 | NA | NA | 0.00 | 0.00 |
| Geico Casualty Co. | Unsecured | 88.22 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | NA | 2,209.15 | 2,209.15 | 0.00 | 0.00 |
| Great American Finance Company | Secured | 1,000.00 | 3,209.15 | 1,000.00 | 180.46 | 18.42 |
| Internal Revenue Service | Priority | 3,000.00 | 3,373.32 | 3,373.32 | 3,228.07 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 173.39 | 173.39 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 570.00 | 570.37 | 570.37 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 530.00 | 530.06 | 530.06 | 0.00 | 0.00 |
| JP Morgan Chase | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| K Jordan | Unsecured | 209.00 | 218.62 | 218.62 | 0.00 | 0.00 |
| Midwest Orthopaedics at Rush | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Montgomery Ward | Unsecured | 600.00 | 654.51 | 654.51 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Porania LLC | Unsecured | 0.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| Rush Univerrsity Medical Center | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Rush University Internists | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Rush Univrsity Medical Center | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | NA | 10,974.13 | 10,974.13 | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 9,400.00 | 20,374.13 | 9,400.00 | 1,650.48 | 320.47 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Southwest Medical Affiliates | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Spark Energy Gas | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Steven Pearl DDS Ltd | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Tempoe Financial | Unsecured | 626.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 54,985.00 | 60,098.06 | 60,098.06 | 0.00 | 0.00 |
| University of Illinois | Unsecured | 0.00 | 54.98 | 54.98 | 0.00 | 0.00 |
| University of Illinois | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,400.00 | $1,650.48 | $320.47 |
| All Other Secured | $1,000.00 | $180.46 | $18.42 |
| **TOTAL SECURED:** | **$10,400.00** | **$1,830.94** | **$338.89** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,373.32 | $3,228.07 | $0.00 |
| **TOTAL PRIORITY:** | **$3,373.32** | **$3,228.07** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$91,414.58** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,404.60 |
| Disbursements to Creditors | $5,397.90 |
| **TOTAL DISBURSEMENTS :** | **$9,802.50** |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/05/2018                                         By: /s/ Marilyn O. Marshall
                                                                                               Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**